UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID STANLEY CONSULTANTS LLC, a West Virginia LLC; THE AMERICAN COAL COMPANY, a Delaware corporation; JAIME SHAW, as the Administrator of the Estate of Robert Eric Clark, an individual; GRANITE STATE INSURANCE COMPANY, an Illinois corporation; COMMERCE AND INDUSTRY INSURANCE COMPANY, a New York corporation; TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation; and NEW HAMPSHIRE INSURANCE COMPANY, an Illinois corporation<br><br>Defendants. | Case No.: 3:18-cv-1314 |

**STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE**

WHEREAS this Action has been resolved by settlement to the satisfaction of the Parties, with each to bear its own attorney's fees and costs;

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY STIPULATED AND AGREED by the Parties herein through their respective attorneys of record that this Action be dismissed with prejudice, with each of the Parties bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: January 28, 2019

**JAMES RIVER INSURANCE COMPANY**

By: _____
Matthew J. Hafey
**NEMECEK & COLE, a PC**
*Attorneys for James River Insurance Company*

Dated: January 28, 2019

**THE AMERICAN COAL COMPANY**

/s/ Alexander Hardiman (by mjh with permission)
By: _____
Alexander Hardiman
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
*Attorneys for The American Coal Company*

Dated: January 28, 2019

**NEW HAMPSHIRE INSURANCE COMPANY**

/s/ Matthew J. Fink (by mjh with permission)
By: _____
Matthew J. Fink
**NICOLAIDES FINK THORPE MICHAELIDES & SULLIVAN LLP**
*Attorneys for New Hampshire Insurance Company*

Dated: January 28, 2019                     **GRANITE STATE INSURANCE COMPANY**

/s/ Matthew J. Fink (by mjh with permission)
By: _____
    Matthew J. Fink
    **NICOLAIDES FINK THORPE**
    **MICHAELIDES & SULLIVAN LLP**
    *Attorneys for Granite State*
    *Insurance Company*

Dated: January 28, 2019                     **COMMERCE & INDUSTRY INSURANCE COMPANY**

/s/ Matthew J. Fink (by mjh with permission)
By: _____
    Matthew J. Fink
    **NICOLAIDES FINK THORPE**
    **MICHAELIDES & SULLIVAN LLP**
    *Attorneys for Granite State*
    *Insurance Company*

NEMECEK & COLE, a PC
16255 Ventura Boulevard, Suite 300
Encino, CA 91436
Tel. 818-788-9500
Fax 818-501-0328

## CERTIFICATE OF SERVICE

The undersigned certified that on January 28, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: _____
    Matthew J. Hafey
    **NEMECEK & COLE, a PC**
    *Attorneys for James River*
    *Insurance Company*