## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID STANLEY CONSULTANTS LLC, a West Virginia LLC; THE AMERICAN COAL COMPANY, a Delaware corporation; JAIME SHAW, as the Administrator of the Estate of Robert Eric Clark, an individual; GRANITE STATE INSURANCE COMPANY, an Illinois corporation; COMMERCE AND INDUSTRY INSURANCE COMPANY, a New York corporation; TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation; and NEW HAMPSHIRE INSURANCE COMPANY, an Illinois corporation<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:18-cv-1314<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF DISMISSAL RE NON-APPEARING DEFENDANTS**
## **WITH PREJUDICE**

Plaintiff JAMES RIVER INSURANCE COMPANY hereby gives notice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of dismissal of the Complaint herein against the following defendants who have not yet filed an Answer or Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56:

    1.    DAVID STANLEY CONSULTANTS LLC, a West Virginia LLC;

    2.    JAIME SHAW, as the Administrator of the Estate of Robert Eric Clark, an individual;

    3.    TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation.

Respectfully submitted,

Dated: January 29, 2019      **JAMES RIVER INSURANCE COMPANY**

By: _____
Matthew J. Hafey
**NEMECEK & COLE, a PC**
*Attorneys for James River Insurance Company*

NEMECEK & COLE, a PC
16255 Ventura Boulevard, Suite 300
Encino, CA 91436
Tel. 818-788-9500
Fax 818-501-0328

## CERTIFICATE OF SERVICE

The undersigned certified that on January 29, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: _____
Matthew J. Hafey
**NEMECEK & COLE, a PC**
*Attorneys for James River Insurance Company*