IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES RIVER INSURANCE COMPANY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-1314-MJR-MAB |
| | ) |
| **DAVID STANLEY CONSULTANTS, LLC,** | ) |
| **THE AMERICAN COAL COMPANY,** | ) |
| **JAIME SHAW,** | ) |
| **GRANITE STATE INSURANCE** | ) |
| **COMPANY,** | ) |
| **COMMERCE AND INDUSTRY** | ) |
| **INSURANCE COMPANY,** | ) |
| **TWIN CITY FIRE INSURANCE** | ) |
| **COMPANY, and** | ) |
| **NEW HAMPSHIRE INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL ACTION

**REAGAN, Chief Judge:**

**IT IS ORDERED AND ADJUDGED:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendants DAVID STANLEY CONSULTANTS, LLC, JAIME SHAW, and TWIN CITY FIRE INSURANCE COMPANY were voluntarily dismissed via Plaintiff's notice.

Pursuant to the parties' settlement as referenced in the November 26, 2018 status report (Doc. 43), and the January 28, 2019 stipulation of dismissal (Doc. 46), all remaining claims by and between the remaining parties were dismissed with prejudice, each party to bear his or her or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED January 31, 2019.

                                            MARGARET M. ROBERTIE, Clerk of Court
                                            *s/ Reid Hermann*
                                            Deputy Clerk

Approved: *s/ Michael J. Reagan*
Michael J. Reagan, U.S. District Judge